IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAASHANN SYDNOR, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:10CV780–HEH
)
DANIEL T. MAHON, *et al.*, )
)
    Defendants. )

## FINAL ORDER
### (Adopting Report and Recommendation and Dismissing § 1983 Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: the Report and Recommendation is ACCEPTED and ADOPTED; Plaintiff's claims are DISMISSED WITHOUT PREJUDICE; and the action is DISMISSED.

Should Plaintiff desire to appeal, a written notice of appeal must be filed with the Clerk of the court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Feb. 23 2012
Richmond, Virginia